Opinion by JOHNSON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64018.**—Frederic Import Corp. et al. *v.* United States, protests 58/15192, etc.  (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.

**No. 64019.**—Altray Co. et al. *v.* United States, protests 59/23668, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.

**No. 64020.**—Close and Stewart *v.* United States, protest 272579–K (Seattle).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 64021.**—Close & Stewart *v.* United States, protests 272596–K, etc. (Seattle).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.